## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    08 CV 4537

LAWSON OSIDEKO vs. CITY OF EVANSTON and OFFICER JANE DOE

AN APPEARANCE AND JURY DEMAND IS HEREBY FILED BY THE UNDERSIGNED

CITY OF EVANSTON, a Municipal Corporation

| | |
|---|---|
| NAME (Type or print) <br> Russell W. Hartigan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Russell W. Hartigan | |
| FIRM <br> Hartigan & O'Connor P.C. | |
| STREET ADDRESS <br> 20 North Clark Suite 1250 Chicago, IL 60602 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01144642 | TELEPHONE NUMBER <br> 312/201-8880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |