**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 4537 |
|---|---|

LAWSON OSIDEKO vs. CITY OF EVANSTON and OFFICER JANE DOE

AN APPEARANCE AND JURY DEMAND IS HEREBY FILED BY THE UNDERSIGNED

CITY OF EVANSTON, a Municipal Corporation

| | |
|---|---|
| NAME (Type or print)    Patrick H. O'Connor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)    s/Patrick H. O'Connor | |
| FIRM    Hartigan & O'Connor P.C. | |
| STREET ADDRESS    20 North Clark Street, Suite 1250 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06207351 | TELEPHONE NUMBER    312/201-8880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |