08-29-4905                                                      ARDC No. 01144642

FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LAWSON OSIDEKO,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 CV 4537 |
| **CITY OF EVANSTON and OFFICER** | ) | Judge St. Eve |
| **JANE DOE,** | ) | Magistrate Judge Brown |
| Defendants. | ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendant, CITY OF EVANSTON, demands trial by jury.

/s/Russell W. Hartigan_____
Attorney for Defendant(s)

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Russell W. Hartigan _____
Attorney for Defendant(s)

Michael W. Dobbins, Clerk of the U.S. District Court, Northern District