08-29-4905 ARDC No. 01144642

FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWSON OSIDEKO, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | No.   08 CV 4537 |
| CITY OF EVANSTON and OFFICER ) | Judge St. Eve |
| JANE DOE, ) | Magistrate Judge Brown |
|     Defendants. ) | |

## NOTICE OF FILING

To: Michael C. Rosenblat, email mike@rosenblatlaw.com

Please take notice that on this 4th day of September, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our JURY DEMAND and ANSWER on behalf of Defendant City of Evanston, copies of which are attached hereto and served upon you.

/s/Russell W. Hartigan_____

## PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this  4th  day of September, 2008.

/s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this  4th  day of September, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880